J-A18008-17

2017 PA Super 365

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
:
v. :
:
:
:
FREDERICK W. KARASH :
:
Appellant : No. 263 WDA 2017

Appeal from the Judgment of Sentence January 24, 2017
In the Court of Common Pleas of Erie County Criminal Division at No(s):
CP-25-SA-0000161-2016

BEFORE:  BOWES, J., LAZARUS, J., and OTT, J.

CONCURRING STATEMENT BY OTT, J.:          **FILED NOVEMBER 16, 2017**

I am constrained to agree with the Majority that the decision in

**Banellis** is controlling, and accordingly, we must reverse the appellant's

judgment of sentence.

Nevertheless, I agree with the comment of the **Williams** Court that

this interpretation of the statute will lead to an "absurd result."  **Williams**,

**supra**, 872 A.2d at 189.  Indeed, I find it difficult to believe the legislature,

when enacting this statute, intended to require the Commonwealth to prove

a negative in every prosecution under this section.

Judge Lazarus joins the concurring statement.